# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| ABT Building Products Corp. and ABTco, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Defendant. | Civil Action No. 5:01CV100-V |

## AGREED ORDER APPROVING *SUPERSEDEAS* BONDS AND STAYING EXECUTION OF JUDGMENTS ON APPEAL

This case coming before the Court on the Agreed Motion to Approve *Supersedeas* Bonds and to Stay Enforcement of Judgments Pending Appeal, the Court being duly advised in the premises, IT IS HEREBY ORDERED that:

1) The *supersedeas* bond that has been presented to this Court in the amount of $16,223,000 with respect to the September 22, 2004 judgment in the amount of $14,200,000 (Bond No. 27-92-25) is hereby approved and execution on that judgment is stayed upon appeal pursuant to Rule 62(d) of the Federal Rules of Civil Porcedure.

2) The *supersedeas* bond that has been presented to this Court in the amount of $2,063,466 (Bond No. 27-91-61) with respect to the May 31, 2005 judgment in the amount of $1,997,161.00 is hereby approved and execution on that judgment is stayed upon appeal pursuant to Rule 62(d) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 22nd day of June, 2005.

_____
RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE